Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAERSK LINE, | ) Case No. CV 11-04552 PSG |
| ) | |
| Plaintiff, | ) |
| | ) **IN ADMIRALTY** |
| vs. | ) |
| | ) **[PROPOSED] ~~INTERLOCUTORY~~** |
| STEVEN LEE individually and dba | ) **DISMISSAL** |
| LOTUS INTERNATIONAL TRADING | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

  GOOD CAUSE APPEARING THEREFOR, the complaint herein is dismissed without prejudice, as to all parties and all causes of action subject to the terms of this Order. Plaintiff may have up to and including October 30, 2012 to reopen this case only if the settlement is not consummated for any reason and a written request to reopen this case is filed with this Court on or before October 30, 2012.  Said reopener shall be for the purposes of having judgment entered pursuant to the stipulation of the parties.

1

1 | If Plaintiff has not requested this Court to reopen the case on or before October 30,
2012 the complaint will therefore be deemed dismissed with prejudice as to all parties and
all causes of action with each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: December 30, 2011

*Paul S. Grewal*
Honorable Paul S. Grewal
United States Magistrate Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 E. Ocean Blvd., Suite 710, Long Beach, California 90802.

On December 19, 2011, I served the foregoing document described as **[PROPOSED] INTERLOCUTORY DISMISSAL** on the interested parties by placing a copy in an envelope addressed as follows:

Mark Russakow
Russakow Greene & Tan
800 E. Colorado Blvd., Suite 210
Pasadena, CA 91101

[x] **BY MAIL:** I caused such envelope to be deposited in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] **VIA CM/ECF:** Pursuant to General Order 10-7 the forgoing document was served on counsel via the Court's CM/ECF system.

[**X**] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19 , 2011 at Long Beach, California.

_s/Stephen M. Uthoff_____
Stephen M. Uthoff

3